IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BOBBY GRISHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:17-cv-00011 |
| v. ) | |
| ) | |
| ) | |
| VANDERBILT MORTGAGE AND ) | |
| FINANCE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING JOINT MOTION TO STAY CIVIL ACTION PENDING ARBITRATION

This matter is before the Court on Plaintiff Bobby Grisham ("Plaintiff") and Defendant Vanderbilt Mortgage and Finance, Inc. ("Defendant") (collectively, the "Parties") joint motion to stay the above captioned civil action pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3 ("Joint Motion to Stay"). The Court has reviewed the Joint Motion to Stay and concludes that good cause exists to **GRANT** the same.

It is hereby **ORDERED** that the above captioned civil action is **STAYED** in all respects pending resolution of the Parties' arbitration proceeding.

The Clerk is **DIRECTED** to administratively close the case.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT COURT JUDGE